1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000



FILED

JUN 10 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10                 EASTERN DISTRICT OF CALIFORNIA

12 | In the Matter of the        )    1:11-SW-00115 DLB
     Search of:                  )
13 |                             )    ORDER TO UNSEAL SEARCH WARRANT
                                 )
14 | Silver 1998 Honda           )
     California License No.      )
15 | 6PIH222                     )
                                 )
16 | _____   )

17        The search warrant in this case has been executed and no

18   longer needs to remain secret, IT IS HEREBY ORDERED that the

19   search warrant be unsealed and made public record.

20   Dated: __6/10/11__                _____
                                            U.S. Magistrate Judge